AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of Puerto Rico

| | |
|---|---|
| United States of America<br>v.<br>[1] OSVALDO HERNANDEZ CAMACHO<br>[2] NELSON RIVERA SUAREZ<br><br>*Defendant(s)* | )<br>)<br>)<br>)  Case No. 22-1402 (M)<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __November 17, 2022__ in the county of _____ in the _____ District of __Puerto Rico__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 46 U.S.C. § 70503(a)(1), 70506(b);<br>21 U.S.C. § 960(b)(1)(B) | Conspiracy to possess with intent to distribute more than 5 kilograms of cocaine while on board a covered vessel |

This criminal complaint is based on these facts:

See attached affidavit.
Approved by AUSA Jeanette M. Collazo-Ortiz
The United States requests that defendants be detained and moves for a three-day continuance under 18 U.S.C. § 3142(f).

☑ Continued on the attached sheet.

*Complainant's signature*

Carlos E. Rodriguez, Special Agent FBI

Sworn and subscribed pursuant to FRCP 4.1 at 11:30am, by telephone, this 18th of November 2022, in San Juan, Puerto Rico.

Digitally signed by Hon. Camille L. Vélez-Rivé

Date: 11/17/2022

*Judge's signature*

City and state: San Juan, Puerto Rico

Camille Vélez-Rivé, U.S. Magistrate Judge
*Printed name and title*