## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Carlos E. Rodriguez, Special Agent with the Federal Bureau of Investigation, being duly sworn, deposes and states:

### INTRODUCTION

1. I am a Special Agent (SA) with the Federal Bureau of Investigation (FBI), duly appointed according to law and acting as such. I have been a SA with the FBI since September 2018. I am currently assigned to a squad in the FBI San Juan, Puerto Rico field office that investigates transnational organized criminal enterprises, specifically major international drug trafficking organizations. Through my training and experience, I have become familiar with organized criminal activities, as well as the manners in which illegal drugs are imported, distributed, and sold, as well as the methods used by drug dealers to disguise the source and nature of their profits.

2. The facts in this affidavit come from my personal observations, my training and experience, and information obtained from other agents and witnesses. This affidavit is intended to show merely that there is sufficient probable cause that for the requested warrant for and does not set forth all my knowledge about this matter.

3. This affidavit is submitted in support of an application for a criminal complaint and arrest warrant charging OSVALDO HERNANDEZ CAMACHO and NELSON RIVERA SUAREZ with violations of 46 U.S.C. § 70503(a); 7506(b); 21 U.S.C. § 960(b)(1)(B) (while on board a covered vessel, conspiracy to possess with intent to distribute more than 5 kilograms of cocaine, a controlled substance).

1

STATEMENT OF FACTS

4. On or about November 17, 2022, Customs and Border Protection Maritime Patrol Aircraft (MPA) observed a suspected narcotics transport vessel, described as a center console and dual motor go vast vessel ("TARGET VESSEL") approximately 17 nautical miles from Cabo Rojo, Puerto Rico. The vessel was hovering in circles.

5. Both occupants of the covered vessel are citizens of the United States. The TARGET VESSEL is registered in Puerto Rico.

6. Based on MPA's observations, United States Coast Guard ("USCG") Cutter Tazanos launched a smaller vessel with a Boarding Team ("BT") and interdicted the TARGET VESSEL off the coast of Puerto Rico and located two persons on the boat, who were subsequently identified as: OSVALDO HERNANDEZ CAMACHO and NELSON RIVERA SUAREZ.

7. USCG BT personnel discovered a bale of suspected cocaine and a firearm (handgun) in plain view onboard the TARGET VESSEL and detained HERNANDEZ CAMACHO and RIVERA SUAREZ.

8. CBP MIA Agents arrived and conducted a search of the TARGET VESSEL and located additional bales of suspected cocaine within the center console. CBP MIA escorted the TARGET VESSEL back to their offices in Cabo Rojo, Puerto Rico.

9. A field test was later performed and confirmed the presence of cocaine in the bales. In total, 20 bales, each containing multiple kilograms of cocaine, were recovered for a total of approximately 613 kilograms of cocaine.

10. The firearm seized was a Glock 43x pistol bearing serial number BVDC668. It was not loaded. The Glock 43x was found in a box with US Currency and two loaded magazines.

## CONCLUSION

11. Based on the facts contained herein, there is probable cause to believe that HERNANDEZ CAMACHO and RIVERA SUAREZ committed the following Federal offenses: while on board a covered vessel, possessing with intent to distribute cocaine, a controlled substance in violation of 46 U.S.C. § 70503(a), 7506(b); 21 U.S.C. § 960(b)(1)(B)

I hereby declare, under penalty of perjury, that the foregoing is true and correct to the best of my knowledge.

_____
Carlos E. Rodriguez
Special Agent
Federal Bureau of Investigation

Sworn in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone at 11:30 am on the 18th day of November, 2022.

*Digitally signed by Hon. Camille L. Vélez-Rivé*

_____
Camille Vélez-Rivé
Magistrate Judge
United States District Court
District of Puerto Rico